**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-6177

KENNETH DWAYNE LOCKLEAR,

Petitioner - Appellant,

versus

PATRICIA R. STANSBERRY, Warden,

Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.   Malcolm J. Howard, District Judge.  (CA-04-856)

Submitted:  April 14, 2005          Decided:  April 21, 2005

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kenneth Dwayne Locklear, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kenneth Dwayne Locklear, a federal prisoner, appeals from the district court's order dismissing without prejudice his 28 U.S.C. § 2241 (2000) petition, which challenged the Bureau of Prison's computation of good time credits, for failure to exhaust administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Locklear v. Stansberry, No. CA-04-856 (E.D.N.C. filed Dec. 14, 2004; entered Dec. 27, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED